QUANTUM GRAMMAR DEFECTS
FORENSIC EVIDENCE ANALYSIS

["Syntax Analysis for their FOR THE DISTRICT OF DELAWARE claims—no contract and use of fictitious conveyance and language per 18 U.S.C. 1001]

IN THE UNITED STATES DISTRICT COURT

["No definitions given for contract nose purn"
["a No. negative. no contract in syntax no meaning Parse applies to verb adverb no language)
No comprehension [for all] error is noted"]

LAKSHMI ARUNACHALAM, NDA      :

Plaintiff,      :

v.      :   Civ. No. 20-1020-LPS

INTERNATIONAL BUSINESS      :
MACHINES CORPORATION, et al.,      :

Defendants.      :

0 – CONSTRUCTION       8 – PAST-TIME
1 – ADVERB             9 – FUTURE-TIME
2 – VERB               9a – MIXED TIME
3 – ADJECTIVE               TENSES
4 – PRONOUN
5 – [PRE]POSITION
6 – [ART]ICLE
7 – NOUN

ORDER

At Wilmington this 29th day of December, 2021, consistent with the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1.   Defendants' motions to dismiss are GRANTED. (D.I. 179, 186, 189, 191, 193, 194, 195, 196, 198, 199, 202, 203, 204, 205, 206, 210, 211, 212, 215, 216, 217, 221, 223, 226, 234) Amendment is futile as to all claims.

2.   The Court declines to exercise supplemental jurisdiction.

IT IS FURTHER ORDERED that:

Any Defendant in this case upon whom Plaintiff serves a motion or pleading is NOT required to respond to the motion or pleading unless directed to do so by the Court.

IT IS FINALLY ORDERED that:

On or before January 31, 2022, Plaintiff shall SHOW CAUSE, in writing, why she should not be enjoined from filing any complaint, lawsuit, or petition for writ of mandamus, related to: (i) the patents she held or holds, (ii) the more than 100 patent lawsuits she has filed, (iii) patent infringement, and/or (iv) any and all actions taken by individuals and corporations during the course

1