of patent litigation involving Plaintiff. Plaintiff's response is limited to twenty (20) pages. Any Defendant may, but need not, respond; any responses are due no later than February 14, 2022. Defendants shall coordinate their response(s) to ensure that the Court receives no more than twenty (20) pages collectively from all responding Defendants. Should any Defendant respond, Plaintiff may file a reply, not to exceed ten (10) pages, no later than February 28, 2022.

Handwritten annotations (red ink) above printed text: various numbers and "No" markings: "3 7 No 4 3,4 No 7,2 8,9 3 3 7 3" / "No 4 9a 9 No 9a 3 No 7 2,9 No 3 3 7" / "No 4 9 2 6 No 7 9 No 2 b 1 9a No 3" / "3 7 1 3 No 9 No 4 9 3 No 4 No 9a 4" / "9 2 NoNo 7 No 9 No 2,9a 3 3 7 No 3 3 7"

_____
HONORABLE LEONARD P. STARK
UNITED STATES DISTRICT JUDGE

MDG

Handwritten legend (right side, rotated):

: Symbol use with the corrections

~ — a negative prefix (underlined section of a word) — No - no contract

~ ND — non-defined terms = non defined symbol = no contract

— NDG — a Nom De Guerre — fictitious name, not correct full name, dead fiction

~11 -13 — Boxing — removed from page section — no contract

VC — void continuum — double space/blank space area — No contract

2